# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

ASSOCIATION OF AMERICAN UNIVERSITIES; AMERICAN COUNCIL ON EDUCATION; ASSOCIATION OF PUBLIC AND LAND-GRANT UNIVERSITIES; AZ BOARD OF REGENTS ON BEHALF OF ARIZONA STATE UNIVERSITY; BROWN UNIVERSITY; CALIFORNIA INSTITUTE OF TECHNOLOGY; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; CARNEGIE MELLON UNIVERSITY; UNIVERSITY OF CHICAGO; CORNELL UNIVERSITY; BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS; MASSACHUSETTS INSTITUTE OF TECHNOLOGY; REGENTS OF THE UNIVERSITY OF MICHIGAN; REGENTS OF THE UNIVERSITY OF MINNESOTA; TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA; THE TRUSTEES OF PRINCETON UNIVERSITY,
    Plaintiffs-Appellees,

v.

NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in the official capacity as Acting Director of the National Science Foundation,
    Defendants-Appellants.

No. 25-1794

## UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), defendants-appellants National Science Foundation and Brian Stone hereby move to

dismiss this appeal, with each party to bear its own costs.  Counsel for plaintiffs-appellees have authorized us to state that they do not oppose this motion.

                                              Respectfully submitted,

                                              COURTNEY L. DIXON
                                                /s/ *Jennifer L. Utrecht*
                                              JENNIFER L. UTRECHT
                                               (202) 353-9039
                                              Attorneys
                                              Civil Division, Appellate Staff
                                              U.S. Department of Justice
                                              950 Pennsylvania Ave NW, Room 7710
                                              Washington, D.C.  20530

SEPTEMBER 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 50 words, according to the count of Microsoft Word.

                                                          /s/ Jennifer L. Utrecht  
                                                          Jennifer L. Utrecht

# CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

/s/ *Jennifer L. Utrecht*
Jennifer L. Utrecht
