# United States Court of Appeals
## For the First Circuit

No. 25-1794

ASSOCIATION OF AMERICAN UNIVERSITIES; AMERICAN COUNCIL ON EDUCATION; ASSOCIATION OF PUBLIC AND LAND-GRANT UNIVERSITIES; AZ BOARD OF REGENTS ON BEHALF OF ARIZONA STATE UNIVERSITY; BROWN UNIVERSITY; CALIFORNIA INSTITUTE OF TECHNOLOGY; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; CARNEGIE MELLON UNIVERSITY; UNIVERSITY OF CHICAGO; CORNELL UNIVERSITY; BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS; MASSACHUSETTS INSTITUTE OF TECHNOLOGY; REGENTS OF THE UNIVERSITY OF MICHIGAN; REGENTS OF THE UNIVERSITY OF MINNESOTA; TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA; THE TRUSTEES OF PRINCETON UNIVERSITY,

Plaintiffs - Appellees,

v.

NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in the official capacity as Acting Director of the National Science Foundation,

Defendants - Appellants.

**JUDGMENT**

Entered: September 30, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellants' unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Abraham R. George, Jennifer Utrecht, Courtney Dixon, Brian Lea, Shoba Pillay, Paul D Clement, Lindsay C. Harrison, James Xi, Zachary C. Schauf, Ishan Kharshedji Bhabha, Lauren J. Hartz, Elizabeth Henthorne, Kyle Raymond Eiswald